# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                                                           MDL No. 2913

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –11)

On October 2, 2019, the Panel transferred 5 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2019). Since that time, 83 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable William H. Orrick, III.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Orrick.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 2, 2019, and, with the consent of that court, assigned to the Honorable William H. Orrick, III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 21, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: Deputy Clerk
Date: November 21, 2019

**IN RE: JUUL LABS, INC., MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**  MDL No. 2913

### SCHEDULE CTO−11 – TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 6 | 19−01794 | May v. Juul Labs Inc et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 19−00802 | A.C. a minor by and through his Guardian Ad Litem et al v. Juul Labs, Inc. et al |
| FLM | 8 | 19−02749 | Joseph P. Spinosa v. Juul Labs, Inc. et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 5 | 19−00449 | T J et al v. JUUL LABS INC et al |
| **NEW JERSEY** | | | |
| NJ | 2 | 19−19956 | ALTOUNJIAN v. JUUL LABS, INC. et al |
| **OKLAHOMA NORTHERN** | | | |
| OKN | 4 | 19−00596 | Childs v. Juul Labs, Inc. et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 19−05135 | QUAKERTOWN COMMUNITY SCHOOL DISTRICT BUCKS COUNTY, PENNSYLVANIA v. JUUL LABS, INC. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 19−01814 | Seattle School District No 1 v. Juul Labs Inc et al |